**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 5 WAL 2018

              Respondent         :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

              v.                 :

                         :

KEVIN EARL LAPE,            :

                         :

            Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.